WILLIAM G. HILL *v.* WILLIAM A. STRINGER.

(75 A2d 660)

May Term, 1950.

Present: SHERBURNE, C. J., JEFFORDS, CLEARY, ADAMS and BLACKMER, JJ.

Opinion Filed October 3, 1950.

*Fayette & Deschenes* for the plaintiff.

*Leon D. Latham, Jr., William C. Hill* and *Robert M. Rosenberg* for the defendant.

SHERBURNE, C. J.   The plaintiff in this action is the husband of the plaintiff in *Hill* v. *Stringer,* ante, p. 296, 75 A2d 657, and seeks to recover from the same defendant for loss of services and expenditures claimed to have been caused by the latter's negligent operation of an automobile.   The two cases were tried below and heard here together, and present the same question here.   The decision in that case is conclusive here.

*Judgment reversed, and cause remanded.*